IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cr-00221-RBJ | Date: | August 26, 2015 |
| Courtroom Deputy: | Patricia Glover | Court Reporter: | Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
| | Jason A. St. Julien |
| Plaintiff | |
| v. | |
| MICHAEL ALVARES FYKES, | |
| | Edward R. Harris |
| Defendant | |

**COURTROOM MINUTES**

**JURY TRIAL DAY ONE**

**Court in Session:  9:05 a.m.**

Appearances of counsel.

9:11 a.m.       Jurors present.

 34 potential jurors are brought to the Court.

Court's preliminary remarks to jurors.

Attorneys and parties are introduced.

Court's statement of the case to jurors.

Court advises jury panel regarding its jury selection practice.

All jurors sworn for voir dire.

Twenty-Eight jurors called to the jury box.

9:31 a.m.       Voir dire of the jury panel by the Court.

10:11a.m.       Voir dire of the jury panel by Mr. Bohn

Jury excused for break- counsel at the bench.

Excused for cause:

1.      100322514

**10:45 a.m.      Court in recess**
**11:00 a.m.      Court in session**

11:03 a.m.      Continued voir dire of jury panel by Mr. Bohn.
11:04 a.m.      Voir dire of the jury panel by Mr. Harris.

Government's Peremptory Challenges:

1.      100289453
2.      100305989
3.      100326544
4.      100306208
5.      100306208
6.      100318235

Defendant's Peremptory Challenges:

1.      100299443
2.      100326544
3.      100293876
4.      100318564
5.      100298811
6.      100308029
7.      100312489
8.      100285502
9.      100296987
10.     100322639

12:00 p.m.      Twelve jurors sworn to try the case:

1.      100295645
2.      100309694
3.      100293080
4.      100302046
5.      100286089
6.      100325039
7.      100300758
8.      100311311

9.  100324284
10. 100301142
11. 100302444
12. 100308831

Court instructs the jury on its practices for trial.

12:04 p.m.   Jury excused.

The Court addresses defendant's Motion in *limine* (**Doc. #78**)

Argument.

**ORDER:**   Defendant's Motion in *limine* (**Doc. #78**) is **DENIED.**

The Court addresses Defendant's Motion for Reconsideration (**Doc. #70**)

Argument.

**ORDER:**   Defendant's Motion for Reconsideration (**Doc. #70**) is **GRANTED**.

**12:14 p.m.   Court in recess.**
**1:03 p.m.    Court in session**

1:09 p.m.   Jury present

The Court reads preliminary instructions to the jury

1:35 p.m.   Opening Statement by Government by Mr. Bohn.

1:43 p.m.   Opening Statement by Defendant by Mr. Harris.

Government's witness, **Joseph Frabbiele**, called and sworn.

1:59 p.m.   Direct examination by Mr. St. Julien.

**EXHIBITS:  ADMITTED**:         1

2:18 p.m.   Cross examination of witness by Mr. Harris.

**EXHIBITS:  ADMITTED:**         U

No re-direct examination.

Government's witness, **Bradley Krause**, called and sworn.

2:32 p.m.	Direct examination by Mr. Bohn.

**EXHIBITS:	ADMITTED**:	**2, 53, 54**

2:49 p.m.	Cross examination by Mr. Harris.

No re-direct examination.

**2:58 p.m.	Court in recess - jury escorted out.**
**3:08 p.m.	Court in session**

**3:12 p.m.	Jury present.**

Government's witness, **Christopher Brown**, called and sworn.

3:12 p.m.	Direct examination by Mr. St. Julien.

**EXHIBITS:	ADMITTED:	3- 11, 13, 14-21, 25, 22-24; 26**

3:34 p.m.	Cross examination of witness by Mr. Harris.

**EXHIBITS:	ADMITTED:	A-J**

Re-direct examination of witness by Mr. St. Julien.

The Court reviews a juror question with counsel. With no objections, the question is read on the record to the witness.

No further questions from counsel.

Mr. St. Julien reads into the record a stipulation regarding the defendant's passport.

Government's witness, **Jason Blanscet**, called and sworn.

4:03 p.m.	Direct examination by Mr. Bohn.

**EXHIBITS:	ADMITTED:	27, 28**

4:19 p.m.	Cross examination of witness by Mr. Harris.

**EXHIBITS:	ADMITTED:	M, K, O**

Re-direct examination of witness by Mr. Bohn.

Re-cross examination of witness by Mr. Harris.

5:04 p.m.		Jury excused and shall return tomorrow, at 9:00 a.m.

The Court addresses evidentiary issues with counsel.

**Court in Recess: 5:12  p.m.**
**Trial continued.  Total time in Court:   6 hours 53 minutes**