IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 15-cr-00221-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ALVARES FYKES,

    Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their exhibits and until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 28 day of August, 2015.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR GOVERNMENT    ATTORNEY FOR DEFENDANT